UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.    2:23-cv-08006-MEMF-AGR                                            Date: September 15, 2025

Title        *Samantha Hester v. Molina Healthcare Inc*

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

|  Damon Berry  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order Granting Stipulation to Stay Case Pending Mediation [Dkt. No. 81]**

On July 31, 2025, the parties filed a Joint Stipulation to Stay Case Pending Mediation. Dkt. No. 81. On September 10, 2025, the parties filed a Joint Report confirming that mediation has been scheduled for December 15, 2025. Dkt. No. 82

This action is hereby STAYED pending resolution of the mediation. The parties shall file a joint report every ninety (90) days, starting from the date of this Order. The parties are also directed to jointly notify the Court within forty-eight (48) hours of the conclusion of the mediation proceeding.

The clerk is directed to administratively close the case. If the parties fail to file a joint report any ninetieth day, the case will be deemed dismissed on that ninety-first day.

                                                                                          :
**Initials of Preparer**        DBE